# EXHIBIT A

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA CIVIL DIVISION

CASE NO:

DESMOND FLAHERTY,

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,
DBA WAL-MART,

    Defendant.                    /

## COMPLAINT

COMES NOW Plaintiff, DESMOND FLAHERTY, and sues Defendant, WAL-MART STORES EAST, LP, DBA WAL-MART, and alleges:

1. This is an action for damages that exceeds Thirty thousand one dollar and no cents ($30,001.00), exclusive of interest, costs and attorneys' fees.

2. Plaintiff is a natural person residing in Lee County, Florida.

3. At all times material to this action, WALMART is a Florida corporation licensed to do business in the State of Florida.

4. At all times material hereto, Defendant was the owner and in possession of that certain business located at 14821 Six Mile Cypress Parkway, Fort Myers, Florida, said business being that of a general store, open to the general public, including the Plaintiff herein.

5. On or about December 29, 2019, Plaintiff visited Defendant's premises located at the above address going into the store.

6. At said time and place, Plaintiff was a guest, lawfully upon the premises of the Defendant, who owed Plaintiff a duty to exercise reasonable care for his safety.

7. At said time and place, Defendant breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

a) Negligently failing to maintain or adequately maintain the floor in the meat department at the property, thus creating a hazardous condition to members of the public utilizing said property, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

b) Negligently failing to inspect or adequately inspect the wet floor in the meat section, as specified above, to ascertain whether the floor constituted a hazard to guests walking in the store, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

c) Negligently failing to inspect or adequately warn the Plaintiff of the danger of the wet floor, when Defendant knew or through the exercise of reasonable care should have known that said wet floor was unreasonably dangerous and that Plaintiff was unaware of same; and

d) Negligently failing to correct or adequately correct the unreasonably dangerous condition of the wet floor in the meat section on Defendant's premises, when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

8.	As a result, while Plaintiff was visiting Defendant's business, he slipped and fell on the wet floor, sustaining injuries as set forth.

9.	As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about his body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition.  The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, DESMOND FLAHERTY, sues the Defendant, WALMART, for damages and demands judgment in excess of Thirty Thousand One Dollars ($30,001.00), plus interest and costs, and demands trial by jury of all issues so triable.

**RESPECTFULLY** submitted this ___1st____ day of March 2021.

*/s/ Monique Lopez*
MONIQUE LOPEZ
FBN:  1008168
Morgan & Morgan
12800 University Dr, Suite 600
Fort Myers, FL  33907
Phone: (239) 210-5356
Attorneys for Plaintiff
E-Mail:  moniquelopez@forthepeople.com
            iquinones@forthepeople.com